No. 94–919. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* HEALTH INSURANCE ASSOCIATION OF

AMERICA ET AL. C. A. D. C. Cir. Certiorari denied.